Zitkus et vir, Appellants, *v.* Southeastern Pennsylvania Transportation Authority.

Argued March 23, 1973. *Joseph D. Shein,* with him *Shein & Brookman,* for appellants; *Edward Greer,* for appellee.

Order affirmed.

June 7, 1973

Bleier *v.* Routman (et al., Appellant).

Argued April 10, 1973. *Bernard Goldstone,* with him *Nathan Routman,* and *Routman, Moore, Goldstone & Valentino,* for appellant; *William J. Joyce,* with him *Cusick, Madden, Joyce & McKay,* for appellee.

Judgment affirmed.

Cobern et al., Appellants, *v.* McComb.

Argued April 9, 1973. *Joseph M. Wymard,* with him *Wymard & Wymard,* for appellants; *James C. Larrimer,* with him *Dougherty, Larrimer & Lee,* for appellee.

Order affirmed.